# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |

***mail all correspondence*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2022

APPLICATION GRANTED
/s/ Stewart D. Aaron
Hon. Stewart D. Aaron, U.S.M.J.

December 30, 2022

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Lisa Ann Caproni Brown v. Comm'r of SSA  1:22-cv-02452-JMF-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Repy Brief was due on December 23, 2022.  Due to a scheduling oversight Plaintiff has missed her filing deadline. Plaintiff therefore writes to respectfully request that the date for Plaintiff's Reply brief be extended 14 days through January 6, 2023.   No previous request for an extension has been made in this case and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:     Nahid Sorooshyari, Esq.   (Via ECF)
         Attorney for Defendant.