UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LISA ANN CAPRONI BROWN,

                     Plaintiff,                            22 **CIVIL** 2452 (JMF)(SDA)

        -against-                                **JUDGMENT**

KILOLO KIJAKAZI, Acting Commissioner of Social
Security,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2023, the Report and Recommendation is adopted in its entirety, and the case is remanded for further proceedings consistent with the Report and Recommendation; accordingly, the case is closed.

**Dated:**  New York, New York
           June 30, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                             **Clerk of Court**

                                      **BY:**      *K. Mango*

                                                             _____
                                                             **Deputy Clerk**